# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-2587
LT Case No. 2021-DP-039

_____

T.K.T., SR., FATHER OF T.K.T., A
CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Citrus County.
Daniel B. Merritt, Sr., Judge.

Amanda Peterson, of Law Offices Of Peterson, P.A., Mulberry, for
Appellant.

Rachel Batten, of Children's Legal Services, Brooksville, for
Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, of Statewide Guardian
ad Litem Office, Tallahassee, and Khairiya C. Bryant, of KCB
Law, PLLC, Orlando, for Guardian ad Litem.

December 8, 2023

PER CURIAM.

AFFIRMED.

JAY, HARRIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____